**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 3 – 2010   ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**BROOKLYN OFFICE**

----------------------------------------------x

**Necker Trading S.A.R.L**

Plaintiff,

-vs-

**MEDIATION REFERRAL ORDER**
**CV 07-4650 (NG)(RML)**

**Mystique Brands, LLC et al.**

Defendants.

----------------------------------------------x

GERSHON, J.

    **IT IS HEREBY ORDERED**  that the above entitled case is referred to Mediation pursuant to the Eastern District of New York Local Civil Rule 83.11.

    The parties are offered the option of (a) using a mediator from the Court's panel; (b) selecting a mediator on their own; or (c)seeking the assistance of a reputable neutral ADR organization in the selection of a Mediator.

    Counsel shall consult with the ADR Administrator, Gerald Lepp, respecting their alternatives and selecting a Mediator.  He can be reached at 718-613-2578.

                SO ORDERED.

                /s/(NG)
                NINA GERSHON, U.S.D.J.

DATED: August 2, 2010
       Brooklyn, New York

cc: David Slossberg, Esq.
    Franklyn Snitow, Esq.