
*Via Electronic Filing*



LAW OFFICES
147 North Broad Street
P.O. Box 112
Milford, CT 06460-0112
T: 203.877.8000
F: 203.878.9800
hssklaw.com

September 22, 2010

Gerald P. Lepp, ADR Administrator
US District Court
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    By Necker Trading v. Mystique Brands, LLC, et al.
            Docket No. 1:07 CV 4650 (NG)(ALC)

Dear Mr. Lepp:

Please be advised that the parties have selected Mediator Ira Herman of the law firm Thompson & Knight to mediate the above matter.

The parties have spoken with Mediator Herman and confirmed two consecutive days, Thursday, October 21 and Friday, October 22, for the mediation to take place at Thompson & Knight, 900 Third Avenue, New York, New York. The mediation is scheduled to begin at 10:00 a.m. on October 21 and 9:00 a.m. on October 22.

Very truly yours,

DAVID A. SLOSSBERG

DAS/brf

cc:    Franklyn Snitow, Esq.